United States District Court
Orlando District of Florida

FILED
2022 MAY 12 PM 2:44
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Michael Anthony LoRusso DC# 345454,
Plaintiff,

vs

Matt Gaetz,
Defendant,

Case No: Pending
6:22-cv-886

## Violation of The Mann Act

This federal matter comes to the Court of the Violation of Federal law by Defendant Congressman Matt Gaetz

1. Defendant is quite guilty of attacking The Capitol on January 6th, 2021.
   A) Defendant knowingly spread lies of the 2020 election being stolen. As interview on Fox News
   B) Defendant took his lies to a rally to destroy democracy as a member of Congress.
2. As The FBI has investigated Defendant for the purpose of a underage girl over state lines for sex. Defendant's Joel Greenberg has given great detail of this illegal act by Defendant.

-1-

3. Defendant has ties to child predator Jeffrey Epstien, harry Nassir, and Justin Crowdea in Pinellas County, Florida.

## Child Predator Ring

1. A child predator ring from Colorado to Florida right underneath the nose of Pinellas County Sheriff Bob Gualtiai. The underage girls accord to Mr. Greenberg are picked up by associates of Justin Crowdea brought to Florida.

2. Defendant has engaged in this human trafficking for his own sexual deivate behavior All of the evidence in Police Covea up for Defendant.

This Violation OF The Mann Act comes in good faith

Respectfully,

Michael LoRusso
Plantiff, Pro Se
10800 Evans Road
Polk C.I.
Polk City, Florida
33868

-2-